In the Matter of MITCHELL KALWASINSKI, Appellant, v BRIAN FISCHER, as Commissioner of the New York State Department of Correctional Services, Respondent. [887 NYS2d 924]— Appeal from a judgment of the Supreme Court, Wyoming County (Mark H. Dadd, A.J.), entered January 28, 2008 in a proceeding pursuant to CPLR article 78. The judgment dismissed the petition.

It is hereby ordered that the judgment so appealed from is unanimously affirmed without costs. Present—Martoche, J.P., Smith, Fahey, Carni and Pine, JJ.